The PEOPLE OF THE STATE OF NEW YORK on the Complaint of MARTIN FULLAM v. THE MILRAY CORPORATION and Another.— Motion granted, upon condition that the appellants procure the record on appeal and the appellants' points to be

served and filed on or before November 5, 1928, with notice of argument for November 27, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.